618

464 A.2d 522

Commonwealth v. Stoica, Appellant.

Petition for Allowance of Appeal
Denied Feb. 8, 1984.

Submitted January 19, 1983. Leonard Rubin, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and HOFFMAN, JJ.

Order affirmed.

464 A.2d 522

Commonwealth v. Straton, Appellant.

Submitted February 15, 1983. Gilbert E. Toll, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., JOHNSON and MONTEMURO, JJ.

The order of the lower court is affirmed.